

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-20-00144-CV

**IN RE THE GEO GROUP, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Rebeca C. Martinez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On March 6, 2020, relator filed a petition for writ of mandamus, an emergency motion for temporary relief, and a motion to seal a portion of the mandamus record. Relator's motion to seal is granted. The Clerk of this court is directed to file Volume II of the mandamus record under seal when it is filed in this court.

It is so **ORDERED** on March 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI16343, styled *Human Rights Defense Center v. The Geo Group, Inc.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.